AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:26-cv-01058**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Stumptown Coffee Corp**
was received by me on  **4/01/2026:**

☐    I personally served the **Complaint; Summons** on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **CT Corporation System**, who is designated by law to accept service of process on behalf of **Stumptown Coffee Corp** at **780 Commercial St NE Suite 100, Salem, OR 97301** on **04/02/2026 at 9:03 AM**; or

☐     I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:   04/02/2026

_____
*Server's signature*

**Roger Rowell**
*Printed name and title*

**P.O BOX 2794**
**Salem, OR 97308**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons,  to CT Corporation System, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 18-25 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with glasses. Served Eden Cloverglade**





Tracking #: **0216452940**